Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Shilo Inn, Ocean Shores, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0032145** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **707 Ocean Shores Blvd NW** <br> **Ocean Shores, WA 98569** <br> Number, Street, City, State & ZIP Code | **c/o Shilo Management Corporation** <br> **11707 NE Airport Way** <br> **Portland, OR 97220** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Grays Harbor** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 20-42348-BDL   Doc 1   Filed 10/15/20   Ent. 10/15/20 16:16:41   Pg. 1 of 20

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | Relationship |
|---|---|
| _____ | _____ |

| District | When | Case number, if known |
|---|---|---|
| _____ | _____ | _____ |

Case 20-42348-BDL    Doc 1    Filed 10/15/20    Ent. 10/15/20 16:16:41    Pg. 2 of 20

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 20-42348-BDL    Doc 1    Filed 10/15/20    Ent. 10/15/20 16:16:41    Pg. 3 of 20

Debtor  **Shilo Inn, Ocean Shores, LLC**                      Case number (*if known*) _____

Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 15, 2020**
MM / DD / YYYY

**X** **/s/ Mark S. Hemstreet**                                      **Mark S. Hemstreet**
Signature of authorized representative of debtor          Printed name

Title  **Secretary of Shilo Ocean Shores Corp, Manager**

**18. Signature of attorney**

**X** **/s/ Bryan T. Glover**                            Date  **October 15, 2020**
Signature of attorney for debtor                                   MM / DD / YYYY

**Bryan T. Glover**
Printed name

**Stoel Rives, LLP**
Firm name

**600 University Street, Suite 3600**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone  **206.624.0900**        Email address  **bryan.glover@stoel.com**

**WSBA No. 51045**
Bar number and State

Case 20-42348-BDL    Doc 1    Filed 10/15/20    Ent. 10/15/20 16:16:41    Pg. 4 of 20

# UNANIMOUS RESOLUTION OF MEMBERS AND MANAGER AUTHORIZING

## CHAPTER 11 BANKRUPTCY FILING

A special meeting of the members of Shilo Inn, Ocean Shores, LLC, an Oregon limited liability company (the "Company") was held on August 31, 2019, at which the following resolutions were duly enacted, and the same remain in full force and effect, without modification, unless and until a further resolution to the contrary is adopted:

>RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court in the event that any of these entities: Shilo Inn, Bend, LLC; Shilo Inn, Warrenton, LLC; Shilo Inn, Nampa Suites, LLC; or Shilo Inn, Ocean Shores, LLC, is faced with a foreclosure sale.

Dated: August 31, 2019


By: _Mark S. Hemstreet_
     Mark Hemstreet
     Member holding 99.9% membership interests


By:    Shilo Ocean Shores Corp., an Oregon Corporation
      Manager and  Member holding 0.1% membership interests


     By: *[see corporate minutes of board meeting]*
        Shannon M. Hemstreet, President, Director


     By: *[see corporate minutes of board meeting]*
        Mark S.. Hemstreet, Secretary, Director


     By: *[see corporate minutes of board meeting]*
        C. Anthony Shippam, Independent Director

## SHILO OCEAN SHORES CORP.

## SECRETARY'S CERTIFICATE

I, Mark S. Hemstreet, am the duly elected, qualified and acting Secretary of Shilo Ocean Shores Corp., an Oregon corporation (the "Corporation"), and in such capacity, I have access to and the authority to certify the books and records of the Corporation. I hereby certify that the attached is a true and correct copy of the resolutions adopted at a special meeting of the Board of Directors of the Corporation on August 31, 2019, which resolutions have not been in any way amended, modified, revoked or rescinded since their adoption and remain in full force and effect as of the date hereof.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 24th day of October, 2019.

Mark S. Hemstreet, Secretary

Minutes of board meetings of Shilo Bend Corp., Shilo Nampa Suites Corp., Shilo Ocean Shores Corp., and Shilo Warrenton Corp. (the "Companies").

At a duly held board meeting of each of the Companies at 3pm on August 31, 2019, the following resolution was made upon motion by Shannon Hemstreet, seconded by Mark Hemstreet and unanimously approved by board members: Shannon Hemstreet, Mark Hemstreet and C. Anytony Shippam:

> In the event that any one of the Companies are faced with a foreclosure sale, the Companies and its officers and managers are authorized to file bankruptcy protection under the United States Bankruptcy Code.

Thank you for your participation in this meeting called on short notice.

Enjoy the holiday weekend.

Best Regards,

David

David G. Bristol
General Counsel
Shilo Management Corporation
11707 NE Airport Way, Portland, Oregon 97220
Phone: (503) 641-6565 | **Cell: (503) 997-4653 (Preferred)**
david.bristol@shiloinns.com | www.shiloinns.com

ATTORNEY-CLIENT PRIVILEGED; DO NOT FORWARD WITHOUT PERMISSION
CONFIDENTIALITY NOTICE: This e-mail contains confidential and privileged information. It is intended only for the use of the individual(s) named as recipients. If you are not the intended recipient of this e-mail, please notify the sender and please do not deliver, distribute or copy this e-mail, or disclose its contents or take any action in reliance on the information it contains.

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Shilo Inn, Ocean Shores, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Berkshire Hathaway Homestate C PO Box 844501 Los Angeles, CA 90084 | 888-495-8949 | | | | | $11,396.42 |
| Booking.com B.V. Bank of America Lockbox Svcs PO Box 740401 Los Angeles, CA 90074-0401 | 616-254-3517 | | | | | $57,352.99 |
| Broadcast Music Inc PO Box 630893 Cincinnati, OH 45263-0893 | 800-925-8451 | | | | | $11,192.57 |
| Century Link Business Services PO Box 52187 Phoenix, AZ 85072-2187 | 800-860-1020 | | | | | $4,483.00 |
| Century Link PO Box 91155 Seattle, WA 98111-9255 | | | | | | $4,309.28 |
| City of Ocean Shores (Road Tax) PO Box 3925 Seattle, WA 98124-3925 | 425-885-1604 | | | | | $8,899.59 |
| City of Ocean Shores (Taxes) PO Box 909 Ocean Shores, WA 98569 | 360-289-2488 | | | | | $15,583.42 |
| Clark Signs PO Box 1113 St Helens, OR 97051-8113 | 503-543-5242 | | | | | $5,200.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Department of Labor & Industries L & I Elevator Section PO Box 44480 Olympia, WA 98504-4480 | | | | | | $125,511.39 |
| Expedia Inc PO Box 844120 Dallas, TX 75284-4120 | 888-397-1786 | | | | | $35,886.94 |
| Grays Harbor County Treasurer PO Box 831 Montesano, WA 98563 | | | | | | $14,176.56 |
| Guest Supply PO Box 3510 Cherry Hill, NJ 08034 | | | | | | $1,407.01 |
| Harbor Linen, LLC PO Box 91155 Seattle, WA 98111-9255 | | | | | | $2,326.29 |
| HD Supply PO Box 509058 San Diego, CA 92150-9058 | 800-798-8888 | | | | | $10,919.78 |
| Pioneer Fire & Security Inc PO Box 597 East Olympia, WA 98540 | | | | | | $1,293.10 |
| Schindler Elevator Corporation PO Box 93050 Chicago, IL 60673-3050 | 419-867-5160 | | | | | $8,240.31 |
| United States Treasury Internal Revenue Service PO Box 932100 Louisville, KY 40293-2100 | | | | | | $5,273.05 |
| Washington Dept of Revenue PO Box 34051 Seattle, WA 98124-1051 | | | | | | $363,566.31 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Washington Hospitality Association 526 S Locust Ln Moses Lake, WA 98837-2703** | | | | | | **$1,406.85** |
| **World Cinema Inc PO Box 733288 Dallas, TX 75373-3288** | **713-266-2686** | | | | | **$9,422.40** |

# United States Bankruptcy Court
## Western District of Washington

In re  **Shilo Inn, Ocean Shores, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Mark S. Hemstreet** | | **99.9%** | |
| **Shilo Ocean Shores Corp** | | **.1%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Secretary of Shilo Ocean Shores Corp, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 15, 2020**

Signature  /s/ Mark S. Hemstreet
**Mark S. Hemstreet**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Shilo Inn, Ocean Shores, LLC**                         Case No.

                                                Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary of Shilo Ocean Shores Corp, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 15, 2020**                      /s/ Mark S. Hemstreet

                                                **Mark S. Hemstreet**/**Secretary of Shilo Ocean Shores Corp, Manager**
                                                Signer/Title

AAA TRAVEL - TACOMA AUTO TVL
1801 S UNION
TACOMA, WA 98405


ACTIONAIRE
302 LINCOLN ST
HOQUIAM, WA 98550


AMERICAN HOTEL REGISTER
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072-2187


BERKSHIRE HATHAWAY HOMESTATE C
PO BOX 844501
LOS ANGELES, CA 90084


BONNIE & JERRY INC
2490 HIGHWAY 101 N
SEASIDE, OR 97138


BOOKING.COM B.V.
BANK OF AMERICA LOCKBOX SVCS
PO BOX 740401
LOS ANGELES, CA 90074-0401


BROADCAST MUSIC INC
PO BOX 630893
CINCINNATI, OH 45263-0893


CARTRIDGE WORLD GRESHAM
10115 SW NIMBUS AVE, STE 600
TIGARD, OR 97223


CENTURY LINK
PO BOX 91155
SEATTLE, WA 98111-9255


CENTURY LINK
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072-2187

CITY OF OCEAN SHORES (B&O TAX)
PO BOX 909
OCEAN SHORES, WA 98569


CITY OF OCEAN SHORES (ROAD TAX)
PO BOX 3925
SEATTLE, WA 98124-3925


CITY OF OCEAN SHORES (TAXES)
PO BOX 909
OCEAN SHORES, WA 98569


CLARK SIGNS
PO BOX 1113
ST HELENS, OR 97051-8113


COAST COMMUNICATIONS CO
349 DAMON RD NE
OCEAN SHORES, WA 98569


COGENCY GLOBAL
10 E 40TH ST, 10TH FLOOR
NEW YORK, NY 10016


COMMTRAK
17493 NASSAU COMMONS
LEWES, DE 19958


CT LIEN SOLUTIONS
PO BOX 29071
SAN DIEGO, CA 92102


DATA RESEARCH, INC.
8130 SW BEAVERTON-HILLSDALE
HIGHWAY
PORTLAND, OR 97225


DEPARTMENT OF LABOR & INDUSTRIES
L & I ELEVATOR SECTION
PO BOX 44480
OLYMPIA, WA 98504-4480


DORMAKABA/SAFLOK
PO BOX 890247
CHARLOTTE, NC 28289-0247

ECOLAB
PO BOX 100512
PASADENA, CA 91189-0512


ECOLAB PEST ELIMINATION DIV INC
26252 NETWORK PL
CHICAGO, IL 60673-1262


EXPEDIA INC
PO BOX 844120
DALLAS, TX 75284-4120


FIRE PROTECTION SERVICES
9950 SW ARCTIC DR
BEAVERTON, OR 97005


GRAYS HARBOR COUNTY TREASURER
PO BOX 831
MONTESANO, WA 98563


GREATER GRAYS HARBOR INC
506 DUFFY ST
ABERDEEN, WA 98520


GUEST SUPPLY
PO BOX 3510
CHERRY HILL, NJ 08034


HARBOR DISPOSAL INC
PO BOX 7428
PASADENA, CA 91109-7428


HARBOR LINEN, LLC
PO BOX 91155
SEATTLE, WA 98111-9255


HD SUPPLY
PO BOX 509058
SAN DIEGO, CA 92150-9058


INTERIOR TECHNOLOGY INC
PO BOX 206011
DALLAS, TX 75320

```
LCI OFFICE SOLUTIONS
10865 SW FIFTH ST, STE 200
BEAVERTON, OR 97005


LEXYL TRAVEL TECHNOLOGIES
PO BOX 645452
PITTSGURGH, PA 15264-5452


LPSL CORPORATE SERVICES INC.
ATTN: GREGORY FOX, VICE PRESID
1420 5TH AVENUE, STUE 4200
PO BOX 91302
SEATTLE, WA 98111-9402


MARK S. HEMSTREET
11707 NE AIRPORT WAY
PORTLAND, OR 97220


MICHAEL MCCLURE
2795 S ROOSEVELT
SEASIDE, OR 97138


NORTH BEACH PRINTING
PO BOX 583
OCEAN SHORES, WA 98569


OCEAN SHORES CHAMBER OF COMERCE
PO BOX 382
OCEAN SHORES, WA 98569


OMEGA WORLD TRAVEL
325 WHITE ST
JACKSONVILLE, NC 28546


ONYXX 1440 LLC
10220 NE POINTS DR.
STE. 315
KENT, WA 98035


PIONEER FIRE & SECURITY INC
PO BOX 597
EAST OLYMPIA, WA 98540
```

PORTLAND LIGHTING, INC
10120 SW NIMBUS, STE C6
PORTLAND, OR 97223


RESORTSANDLODGES.COM
9900 HEMINGWAY AVE S
COTTAGE GROVE, MN 55016


ROYAL CUP
PO BOX 206011
DALLAS, TX 75320


RSS WFCM2016NXSS-WA SIOSN, LLC
C/O RIALTO CAPITAL ADVISORS
ATTN; ADAM SINGER
200 S. BISCAYNE BL, STE 3550
MIAMI, FL 33131


SALESANDCATERING.COM LLC
DEPARTMENT # 10465
PO BOX 87618
CHICAGO, IL 60680-0618


SCEPTRE HOSPITALITY RESOURCES, INC
1900 WEST LOOP S, STE 700
HOUSTON, TX 77027


SCHINDLER ELEVATOR CORPORATION
PO BOX 93050
CHICAGO, IL 60673-3050


SHILO FRANCHISE INTERNATIONAL LLC
11707 NW AIRPORT WAY
PORTLAND, OR 97220


SHILO INN, NAMPA SHORES, LLC
1401 SHILO DRIVE
NAMPA, ID 83687


SHILO MANAGEMENT CORP
11707 NW AIRPORT WAY
PORTLAND, OR 97220

SKYTOUCH INTERNATIONAL, INC
4225 E WINDROSE DR
PHOENIX, AZ 85032


SPECTRUM COMMUNICATIONS INC
526 S LOCUST LN
MOSES LAKE, WA 98837-2703


STANDARD TEXTILE CO INC
PO BOX 630302
CINCINNATI, OH 45263-0302


STELLAR TRAVEL
12011 BEL RED RD, STE 201
BELLEVUE, WA 98005


SYSCO FOOD SERVICE OF SEATTLE
PO BOX 97054
KENT, WA 98064-9754


TASKAR KIBBEE & ASSOCIATES PC
4900 SW GRIFFITH DR, STE 269
BEAVERTON, OR 97005


TERRANCE  KEENAN
FOSTER PEPPER PLLC
1111 3RD AVE
STE. 3400
SEATTLE, WA 98101


TRAVEL INC
4355 RIVER GREEN PKWY, STE 100
DULUTH, GA 30096


TRAVEL MANAGEMENT PARTNER
3128 HIGHWOODS BLVD
RALEIGH, NC 27604


TRAVEL STORE
11601 WILSHIRE BLVD
LOS ANGELES, CA 90025


UNITED CENTRAL BANK
4555 WEST WALNUT STREET
GARLAND, TX 75042

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 932100
LOUISVILLE, KY 40293-2100


US FOODS INC
PO BOX 413080
SALT LAKE CITY, UT 84141-3080


WASHINGTON DEPT OF REVENUE
PO BOX 34051
SEATTLE, WA 98124-1051


WASHINGTON HOSPITALITY ASSOCIATION
526 S LOCUST LN
MOSES LAKE, WA 98837-2703


WORLD CINEMA INC
PO BOX 733288
DALLAS, TX 75373-3288


WORLD TRAVEL INC
1724 W SCHUYLKILL RD
DOUGLASSVILLE, PA 19518

# United States Bankruptcy Court
## Western District of Washington

In re   **Shilo Inn, Ocean Shores, LLC**

                                   Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Shilo Inn, Ocean Shores, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 15, 2020**

Date

/s/ Bryan T. Glover

**Bryan T. Glover**

Signature of Attorney or Litigant

Counsel for   **Shilo Inn, Ocean Shores, LLC**

**Stoel Rives, LLP**
**600 University Street, Suite 3600**
**Seattle, WA 98101**
**Telephone: 206.624.0900**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy