# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| Case No. | 20-42348-BDL | Report Month/Year | October 2020 |
|---|---|---|---|
| Debtor | Shilo Inn, Ocean Shores, LLC | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule, or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly financial report:

| | | | Yes | No |
|---|---|---|---|---|
| **UST-12** | **Comparative Balance Sheet** or debtor's balance sheet.<br>The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | | ☐ | ☐ |
| **UST-13** | **Comparative Income Statement** or debtor's income statement. | | ☒ | ☐ |
| **UST-14** | **Summary of Deposits and Disbursements** | | ☒ | ☐ |
| **UST-14**<br>**Continuation**<br>**Sheets** | **Statement(s) of Cash Receipts and Disbursements**<br>A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | | ☒ | ☐ |
| **UST-15** | **Statement of Aged Receivables**<br>A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | | ☒ | ☐ |
| **UST-16** | **Statement of Aged Post-Petition Payables**<br>A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | | ☒ | ☐ |
| **UST-17** | **Other Information**<br>When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | | ☐ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| **Name** | Larry Chank, CEO |
|---|---|
| **Telephone** | 1-760-702-4085 |
| **Email** | larry.chank@shiloinns.com |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐   No ☒
If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$— 0—

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____

Date 11/13/2020

Case 20-42348-BDL    Doc 87    Filed 11/13/20    Ent. 11/13/20 20:33:55    Pg. 2 of 31

### UST-12, COMPARATIVE BALANCE SHEET

| As of month ending | | | |
|---|---|---|---|
| ASSETS | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| LIABILITIES | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(cont'd. on next page)

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

| As of month ending | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholder's Equity (Or Deficit) | | | |
| Partner's Investment   (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS EQUITY OR PARTNERS INVESTMENT | | | |

Footnotes to balance sheet:

| ASSETS | BOOK VALUE | MARKET VALUE |
|---|---|---|
| **CURRENT ASSETS** | | |
| TOTAL CASH | 595,171 | 595,171 |
| PREPAID EXPENSES | 22,304 | 22,304 |
| ACCOUNTS RECEIVABLE | 90,854 | 90,854 |
| TOTAL CURRENT ASSETS | 708,328 | 708,328 |
| | | |
| **FIXED ASSETS** | | |
| LAND | 861,648 | |
| LAND IMPROVEMENTS | 1,640,808 | |
| BUILDING | 10,571,550 | |
| FURNITURE | 174,404 | |
| FIXTURES & EQUIPMENT | 431,799 | |
| RESTAURANT EQUIPMENT | 49,958 | |
| SIGNS | 131,990 | |
| TOTAL GROSS FIXED ASSETS | 13,862,156 | |
| | | |
| ACCUMULATED DEPR & AMORT | (9,248,054) | |
| NET FIXED ASSETS | 4,614,102 | 15,000,000 |
| | | |
| **OTHER ASSETS** | | |
| LOAN FEES | 82,316 | 82,316 |
| LINENS | 9,141 | 9,141 |
| OTHER DEPOSITS / OTHER ASSETS | 12,000 | 12,000 |
| SUSPENSE | 22,425 | 22,425 |
| TOTAL OTHER ASSETS | 125,882 | 125,882 |
| | | |
| **TOTAL ASSETS** | $ 5,448,313 | $ 15,834,210 |

| LIABILITIES AND EQUITY | | |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| TRADE PAYABLE - PRE PETITION | 327,977 | 327,977 |
| TRADE PAYABLE - POST PETITION | 16,868 | 16,868 |
| TOTAL ACCRUED EXPENSES | 246,981 | 246,981 |
| TOTAL CURRENT LIABILITIES | 591,827 | 591,827 |
| | | |
| **L-T LIABILITIES** | | |
| N/P-MORTGAGE | 5,839,362 | 5,839,362 |
| TOTAL L-T LIABILITIES | 5,839,362 | 5,839,362 |
| | | |
| **OTHER LIABILITIES** | | |
| OTHER LIABILITIES | 506,830 | 506,830 |
| TOTAL OTHER LIABILITIES | 506,830 | 506,830 |
| | | |
| TOTAL EQUITY | (1,489,706) | 8,896,191 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ 5,448,313 | $ 15,834,210 |

**NOTES** (Substantially all disclosures omitted):

Internally prepared and not subjected to a compilation, review or audit; no assurance is provided.
This information is provided for discussion purposes only and is not presented in compliance with GAAP.
Yearend entries are not complete and are not expected to be material.

CONFIDENTIAL

## UST-13, COMPARATIVE INCOME STATEMENT

| For the month of | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:     Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>Beginning Inventory<br>Add:     Purchases<br>Less:     Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:     Other Income | | | |
| Less:     Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

See attached

## SHILO INN, OCEAN SHORES, LLC
## CASE NUMBER 20-42349-BDL
## UST-13, COMPARATIVE INCOME STATEMENT
### POST PETITION BUDGET VS ACTUAL SPREADSHEET

| | 10/16 - 10/31 | BUDGET | 10/16 - 10/31 |
|---|---|---|---|
| | Actual Post-Petition | First Two Weeks | Variance |
| **Revenue:** | | | |
| Rooms | $89,700 | $71,340 | $18,360 |
| Other Income | $0 | $1,962 | ($1,962) |
| Occupancy Tax Collextions | $10,763 | $8,561 | $2,202 |
| **Total Gross Revenue** | **$100,463** | **$81,863** | **$18,600** |
| | | | |
| **Total Revenue w/o Occupancy Tax** | **$89,700** | **$73,302** | **$16,398** |
| | | | |
| **Cost of Goods/Services Sold** | | | |
| Rooms | $0 | $30,712 | ($30,712) |
| Miscellaneous | $0 | $687 | ($687) |
| **Cost of Goods/Services Sold** | $0 | $31,399 | ($31,399) |
| | | | |
| **Departmental Profit:** | | | |
| Rooms | $89,700 | $40,628 | $49,072 |
| Miscellaneous | $0 | $1,276 | ($1,276) |
| **Departmental Profit** | **$89,700** | **$41,904** | **$47,796** |
| | | | |
| **General and Administrative and Other Cash Outflows** | | | |
| Sales & Marketing | $0 | $5,398 | ($5,398) |
| Repairs & Maintenance | $0 | $9,114 | ($9,114) |
| Administration & General | $0 | $7,264 | ($7,264) |
| Energy | $0 | $9,900 | ($9,900) |
| Insurance | $0 | $0 | $0 |
| Taxes | $0 | $0 | $0 |
| Interest - Mortgage | $0 | $0 | $0 |
| Franchise Fee | $0 | $2,854 | ($2,854) |
| Management Fee | $0 | $3,275 | ($3,275) |
| **Total General and Administrative and Other Cash Outflows** | **$0** | **$37,805** | **($37,805)** |
| | | | |
| | | | |
| **Total Net Income/(Loss)** | **$89,700** | **$4,099** | **$85,601** |
| Add Back Occupancy Tax Collextions | $10,763 | $8,561 | $2,202 |
| **Total Net Cash Flow** | **$100,463** | **$12,660** | **$87,803** |

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** BEFORE COMPLETING THIS PAGE, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate monthly disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. Sec. 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30**, **July 31**, **October 31**, and **January 31**, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the calendar quarter, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
| --- | --- |
| Deposits from UST-14 Continuation Sheet(s) | 4,452.04 |
| Cash receipts not included above (if any) | 0.00 |
| **TOTAL RECEIPTS** | 4,452.04 |

### Summary of Disbursements This Month

| | |
| --- | --- |
| Disbursements from UST-14 Continuation Sheet(s) | 0.00 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | 0.00 |
| Disbursements made by other parties for the debtor (if any, explain) | 0.00 |
| | **Note:** Enter the amount for TOTAL DISBURSEMENTS here <u>and</u> on Page 2. |
| **TOTAL DISBURSEMENTS** | 0.00 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISSBURSEMENTS)** | 4,452.04 |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the United States Trustee? Yes ☐ No ☒ **If Yes, list each quarter that is delinquent and the amount due.**

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

### UST-14, CONTINUATION SHEET
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name<br>Account number | Bank of the Pacific, account number ████ |
|---|---|

Purpose of this account (select one):
- [x] General operating account
- [ ] General payroll account
- [ ] Tax deposit account (payroll, sales, gambling, or other taxes)
- [ ] Other (explain) _____

| | | |
|---|---|---:|
| Beginning cash balance | | 1,679.14 |
| Add: | Transfers in from other estate bank accounts | 0.00 |
| | Cash receipts deposited to this account | 1,714.14 |
| | Financing or other loaned funds (identify source) | 0.00 |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | 0.00 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 3,393.28 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|:---:|:---:|
| A monthly bank statement (or trust account statement); | x | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | x | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | x |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | x |

UST-14 CONTINUATION SHEET, Number ___1___ of ___9___



OCEAN SHORES BRANCH

Page:    1

```
SHILO INN OCEAN SHORES LLC                  Account Number:        ████████
11707 NE AIRPORT WAY                        Statement Date:        11/01/20
PORTLAND OR 97220-1075
```

31

```
COMMERCIAL ANALYSIS              SHILO INN OCEAN SHORES LLC            Acct        ████████

               Beginning Balance    10/01/20          1,738.48
               Deposits / Misc Credits      14         4,561.97
               Withdrawals / Misc Debits     2         2,907.17
             ** Ending Balance      10/31/20          3,393.28   **
               Service Charge                            107.17

               Average Balance                         2,178
               Average Collected Balance               2,056
               Minimum Balance                           229
```

- - - - - - - - - - - - - -        DEPOSITS AND OTHER CREDITS        - - - - - - - - - - - -

| Date | Deposits | Activity Description |
|------|----------|---------------------|
| 10/02 | 946.40 | DEPOSIT |
| 10/05 | 344.96 | DEPOSIT |
| 10/13 | 29.46 | DEPOSIT |
| 10/13 | 88.70 | DEPOSIT |
| 10/13 | 340.70 | DEPOSIT |
| 10/13 | 920.20 | DEPOSIT |
| 10/14 | 177.41 | DEPOSIT |
| 10/16 | 206.31 | DEPOSIT |
| 10/19 | 133.28 | DEPOSIT |
| 10/26 | 36.92 | DEPOSIT |
| 10/26 | 140.00 | DEPOSIT |
| 10/26 | 322.57 | DEPOSIT |
| 10/26 | 344.96 | DEPOSIT |
| 10/27 | 530.10 | DEPOSIT |

- - - - - - - - - - - - - -        OTHER DEBITS AND WITHDRAWALS        - - - - - - - - - - - -

| Date | Withdrawals | Activity Description |
|------|-------------|---------------------|
| 10/09 | 2,800.00 | BENE:SHILO OFFICE CAMPUS TRN:P202010090055969 |
| 10/15 | 107.17 | ANALYSIS ACTIVITY |

Member FDIC        888.855.8267      BankofthePacific.com

Case 20-42348-BDL    Doc 87    Filed 11/13/20    Ent. 11/13/20 20:33:55    Pg. 10 of 31

SHILO INN OCEAN SHORES LLC

Account Number:     ████████
Statement Date:      11/01/20

- - - - - - - - - - - - -          DAILY BALANCE SUMMARY          - - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 2,684.88 | 10/14 | 1,786.31 | 10/19 | 2,018.73 |
| 10/05 | 3,029.84 | 10/15 | 1,679.14 | 10/26 | 2,863.18 |
| 10/09 | 229.84 | 10/16 | 1,885.45 | 10/27 | 3,393.28 |
| 10/13 | 1,608.90 | | | | |



DEPOSIT TICKET

TOTAL ITEMS

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

98-770/1261

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

DATE 10-15-20

CREDITS 133 28
DOLLARS 133 28
CURRENCY
COINS 150
TOTAL/CASH
CHECKS

TOTAL FROM OTHER
SIDE OR ATTACHED LIST

PLEASE
RE-ENTER
TOTAL HERE

133 28

SHILO INN
11600 SW SHILO LN
PORTLAND, OR 97225-5919

Merchant News    10/19/20   888.855.8267    133.28 $
Bank of the Pacific    BankofthePacific.com
14:37:08   Curr

BR# 2        TLR# 205        TRN# 99

⑈5012⑈7707⑈ 27008165⑈        0020

133.28

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. || CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.



## Deposit Ticket 1

**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

98-770/1251

RE-ENTER GRAND TOTAL IN SCREENED BOXES

DATE 10-26-20

CURRENCY 36 92
COINS
TOTAL CASH 36 92
CHECKS

TOTAL FROM OTHER SIDE OR ATTACHED LIST

36 92

**SHILO INN**
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific** 888.855.8267 BankofthePacific.com

$   36.92

⑆5012⋯7707⑆ 27008165⑈ 0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. ⑈ CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

```
Merchant Depos   10/26/20        36.92
ACCT #                    13:39:17  Curr
BR# 2      TLR# 204       TRN# 72
```

## Deposit Ticket 2

**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

98-770/1251

RE-ENTER GRAND TOTAL IN SCREENED BOXES

DATE 10-26-20

CURRENCY 140 00
COINS
TOTAL CASH 140 00
CHECKS

TOTAL FROM OTHER SIDE OR ATTACHED LIST

140 00

**SHILO INN**
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific** 888.855.8267 BankofthePacific.com

$   140.00

⑆5012⋯7707⑆ 27008165⑈ 0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. ⑈ CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

```
Merchant Depos   10/26/20        140.00
ACCT                      13:43:24  Curr
BR# 2      TLR# 204       TRN# 74
```



**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

98-770/1251

DATE 10.25.20

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | 322 | 57 |

TOTAL FROM OTHER SIDE OR ATTACHED LIST

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

322 57

SHILO INN
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific**   888.855.8287
BankofthePacific.com

$   322.57

�semi5012⑈7707⑈ 27008165⑈   0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. ‖ CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Merchant Depos  10/26/20        322.57
ACCT #                      13:41:20  Curr
BR# 2    TLR# 204    TRN# 73

---

**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

98-770/1251

DATE 10.24.20

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | 344 | 96 |

TOTAL FROM OTHER SIDE OR ATTACHED LIST

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

344 96

SHILO INN
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific**   888.855.8287
BankofthePacific.com

$   344.96

⑈5012⑈7707⑈ 27008165⑈   0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. ‖ CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

Merchant Depos  10/26/20        344.96
ACCT #                      13:45:23  Curr
BR# 2    TLR# 204    TRN# 75



DEPOSIT TICKET

TOTAL ITEMS

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

98-770/1251

DATE 10 26 20

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | 529 | 60 |
| COINS | | 10 |
| TOTAL CASH | 530 | 10 |
| CHECKS | | |

TOTAL FROM OTHER SIDE OR ATTACHED LIST

PLEASE RE-ENTER TOTAL HERE

530 10

RE-ENTER GRAND TOTAL IN SCREENED BOXES

**SHILO INN**
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific**   888.855.8267
BankofthePacific.com

$   530.10

⑈5012⧽7707⑈ 27008165⑆     0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS.  ▯ CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

```
Merchant Depos  10/27/20        530.10
ACCT #                    15:04:24  Curr
BR# 2     TLR# 204        TRN# 47
```



**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

98-770/1251

DATE 10-31-20

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | | |

TOTAL FROM OTHER
SIDE OR ATTACHED LIST

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

**SHILO INN**
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific**   888.855.8287
BankofthePacific.com

$   146.88

⑅5012⑈7707⑅ 27008165⑈   0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. § CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

```
Merchant Depos  11/02/20        146.88
ACCT #                     15:14:05  Curr
BR# 2    TLR# 204      TRN# 94
```



**DEPOSIT TICKET**

TOTAL ITEMS

DEPOSITS MAY NOT
BE AVAILABLE FOR
IMMEDIATE WITHDRAWAL.

98-770/1251

DATE 10-30-20

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COINS | | |
| TOTAL CASH | | |
| CHECKS | | |

TOTAL FROM OTHER
SIDE OR ATTACHED LIST

RE-ENTER GRAND TOTAL
IN SCREENED BOXES

**SHILO INN**
11600 SW SHILO LN
PORTLAND, OR 97225-5919

**Bank** of the **Pacific**   888.855.8287
BankofthePacific.com

$   155.68

⑅5012⑈7707⑅ 27008165⑈   0020

USE ROUTING NUMBER FROM YOUR CHECKS FOR AUTOMATIC PAYMENTS. § CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

```
Merchant Depos  11/02/20        155.68
ACCT #                     15:16:02  Curr
BR# 2    TLR# 204      TRN# 95
```

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name<br>Account number | JP Morgan Chase Bank, N.A., account number █████ |
|---|---|

Purpose of this account (select one):
- [x] General operating account
- [ ] General payroll account
- [ ] Tax deposit account (payroll, sales, gambling, or other taxes)
- [ ] Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 5.00 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | 2,737.90 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | 0.00 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 2,742.90 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | [x] | [ ] |
| A detailed list of receipts for that account (deposit log or receipts journal); | [x] | [ ] |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | [ ] | [x] |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | [ ] | [x] |

UST-14 CONTINUATION SHEET, Number ___1___ of ___6___



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2020 through October 30, 2020

Account Number: █████████



00145094 DRE 703 219 30520 NNNNNNNNNNN 1 000000000 64 0000

SHILO INN, OCEAN SHORES, LLC
11707 NE AIRPORT WAY
PORTLAND OR 97220-1075

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5.00** |
| Deposits and Additions | 25 | 330,657.83 |
| Electronic Withdrawals | 10 | -327,919.93 |
| **Ending Balance** | **35** | **$2,742.90** |

Your Chase Platinum Business Checking account provides:
* No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
* 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
* $25,000 in cash deposits per statement cycle
* Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Online Transfer From Chk ...5360 Transaction#: 10393181738 | $5,416.98 |
| 10/02 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201001 CO Entry Descr:Settlementsec:CCD   Trace#:091000010256840 Eed:201002   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 268.47 |
| 10/05 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201002 CO Entry Descr:Settlementsec:CCD   Trace#:091000018939611 Eed:201005   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 96.39 |
| 10/05 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201003 CO Entry Descr:Settlementsec:CCD   Trace#:091000015424413 Eed:201005   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 86.23 |
| 10/08 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201007 CO Entry Descr:Settlementsec:CCD   Trace#:091000013639322 Eed:201008   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 215.79 |
| 10/09 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201008 CO Entry Descr:Settlementsec:CCD   Trace#:091000010479152 Eed:201009   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 167.39 |
| 10/13 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201012 CO Entry Descr:Settlementsec:CCD   Trace#:091000013206111 Eed:201013   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 424.15 |
| 10/13 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201010 CO Entry Descr:Settlementsec:CCD   Trace#:091000014355771 Eed:201013   Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 174.36 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Wells Fargo Bank Charlotte NC 28202-1934 US Ref: Chase Nyc/Ctr/Bnf=Shilo Inn, Ocean Shores, LLC Portland OR 97220 US/Ac -000000003855 Rfb=0003526733 Obi=Dd C:(222 - Operating Expenses)Obi:(Op Ex) Bbi=/Chgs/USD0,00/ Imad: 1014I1B7033R011805 Trn: 5039109288Ff | 318,594.68 |
| 10/14 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201013 CO Entry Descr:Settlementsec:CCD   Trace#:091000010351185 Eed:201014  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 267.67 |
| 10/15 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201014 CO Entry Descr:Settlementsec:CCD   Trace#:091000018839098 Eed:201015  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 372.64 |
| 10/16 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201015 CO Entry Descr:Settlementsec:CCD   Trace#:091000011021030 Eed:201016  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 133.95 |
| 10/19 | Online Transfer From Chk ...5360 Transaction#: 10488484191 | 701.23 |
| 10/19 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201018 CO Entry Descr:Settlementsec:CCD   Trace#:091000013656605 Eed:201019  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 518.32 |
| 10/19 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201017 CO Entry Descr:Settlementsec:CCD   Trace#:091000013890647 Eed:201019  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 182.91 |
| 10/20 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201019 CO Entry Descr:Settlementsec:CCD   Trace#:091000013502533 Eed:201020  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 845.14 |
| 10/21 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201020 CO Entry Descr:Settlementsec:CCD   Trace#:091000013229466 Eed:201021  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 107.11 |
| 10/22 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201021 CO Entry Descr:Settlementsec:CCD   Trace#:091000015443129 Eed:201022  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 116.50 |
| 10/23 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201022 CO Entry Descr:Settlementsec:CCD   Trace#:091000012208302 Eed:201023  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 202.16 |
| 10/26 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201025 CO Entry Descr:Settlementsec:CCD   Trace#:091000019112394 Eed:201026  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 182.91 |
| 10/26 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201023 CO Entry Descr:Settlementsec:CCD   Trace#:091000012773921 Eed:201026  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 171.24 |
| 10/27 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201026 CO Entry Descr:Settlementsec:CCD   Trace#:091000016945028 Eed:201027  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 63.06 |
| 10/28 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201027 CO Entry Descr:Settlementsec:CCD   Trace#:091000014753496 Eed:201028  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 75.36 |
| 10/29 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201028 CO Entry Descr:Settlementsec:CCD   Trace#:091000019694046 Eed:201029  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 91.03 |
| 10/30 | Orig CO Name:American Express      Orig ID:1134992250 Desc Date:201029 CO Entry Descr:Settlementsec:CCD   Trace#:091000015787062 Eed:201030  Ind ID:Ocean Shrs Ind Name:Shilo Inn/Oc5460101660 | 182.16 |

**Total Deposits and Additions**                                                                                        **$330,657.83**



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/02 | Orig CO Name:Bankcard-8566          Orig ID:1592126793 Desc Date:200930 CO Entry Descr:Mtot Disc Sec:CCD    Trace#:091000012861613 Eed:201002   Ind ID:518089140900275 Ind Name:Shilo Inn Ocean Shores Tm: 2762861613Tc | $6,685.45 |
| 10/05 | 10/05 Online Transfer To Chk ...5360 Transaction#: 10410273771 | 182.62 |
| 10/08 | 10/08 Online Transfer To Chk ...5360 Transaction#: 10427594245 | 215.79 |
| 10/09 | 10/09 Online Transfer To Chk ...5360 Transaction#: 10433955899 | 167.39 |
| 10/13 | 10/13 Online Transfer To Chk ...5360 Transaction#: 10453135555 | 598.51 |
| 10/14 | 10/14 Online Transfer To Chk ...5360 Transaction#: 10458569906 | 267.67 |
| 10/14 | 10/14 Transfer To Chk Xxxxx1920 | 318,594.68 |
| 10/15 | 10/15 Online Transfer To Chk ...5360 Transaction#: 10465288950 | 372.64 |
| 10/16 | 10/16 Online Transfer To Chk ...5360 Transaction#: 10471962657 | 133.95 |
| 10/19 | 10/19 Online Transfer To Chk ...5360 Transaction#: 10487966693 | 701.23 |
| **Total Electronic Withdrawals** | | **$327,919.93** |



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/02 | $5.00 | 10/15 | 5.00 | 10/23 | 1,977.14 |
| 10/05 | 5.00 | 10/16 | 5.00 | 10/26 | 2,331.29 |
| 10/08 | 5.00 | 10/19 | 706.23 | 10/27 | 2,394.35 |
| 10/09 | 5.00 | 10/20 | 1,551.37 | 10/28 | 2,469.71 |
| 10/13 | 5.00 | 10/21 | 1,658.48 | 10/29 | 2,560.74 |
| 10/14 | 5.00 | 10/22 | 1,774.98 | 10/30 | 2,742.90 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  - Your name and account number
  - The dollar amount of the suspected error
  - A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

 JPMorgan Chase Bank, N.A. Member FDIC

Case 20-42348-BDL   Doc 87   Filed 11/13/20   Ent. 11/13/20 20:33:55   Pg. 20 of 31



This Page Intentionally Left Blank

| | | Submitting Location: | 5460101660 | OCEAN SHRS | Payee Location: | 5460101660 | OCEAN SHRS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tran | Amex | Submission | Trans | Total | Credits | Discount | Fees & | Settlement | Settlement | Settlement |
| | Date | Date | Amount | Count | Charges | | Amount | Incentives | Amount | Date | # |
| **SUBMISSIONS** | | | | | | | | | | | |
| | 09/29/2020 | 09/29/2020 | $277.76 | 1 | $277.76 | $0.00 | $9.19 | $0.10 | $268.47 | 10/02/2020 | 275U2936 |
| | 09/30/2020 | 09/30/2020 | $99.79 | 1 | $99.79 | $0.00 | $3.30 | $0.10 | $96.39 | 10/03/2020 | 276U1195 |
| | 10/01/2020 | 10/01/2020 | $88.70 | 1 | $88.70 | $0.00 | $2.37 | $0.10 | $86.23 | 10/05/2020 | 277N9030 |
| | 10/05/2020 | 10/05/2020 | $221.98 | 2 | $221.98 | $0.00 | $5.94 | $0.25 | $215.79 | 10/08/2020 | 281Q8737 |
| | 10/06/2020 | 10/06/2020 | $178.08 | 2 | $311.36 | $133.28 | $10.59 | $0.10 | $167.39 | 10/09/2020 | 282T9348 |
| | 10/09/2020 | 10/09/2020 | $180.43 | 1 | $180.43 | $0.00 | $5.97 | $0.10 | $174.36 | 10/12/2020 | 284X6844 |
| | 10/10/2020 | 10/10/2020 | $439.26 | 2 | $439.26 | $0.00 | $14.91 | $0.20 | $424.15 | 10/13/2020 | 286T7693 |
| | 10/11/2020 | 10/11/2020 | $277.20 | 2 | $277.20 | $0.00 | $9.33 | $0.20 | $267.67 | 10/14/2020 | 287R7300 |
| | 10/12/2020 | 10/12/2020 | $387.74 | 3 | $428.06 | $40.32 | $14.90 | $0.20 | $372.64 | 10/15/2020 | 288R5081 |
| | 10/13/2020 | 10/13/2020 | $138.88 | 1 | $138.88 | $0.00 | $4.83 | $0.10 | $133.95 | 10/18/2020 | 289T9471 |
| | 10/15/2020 | 10/15/2020 | $189.28 | 1 | $189.28 | $0.00 | $6.27 | $0.10 | $182.91 | 10/19/2020 | 291U4844 |
| | 10/16/2020 | 10/16/2020 | $536.78 | 3 | $536.78 | $0.00 | $18.16 | $0.30 | $518.32 | 10/19/2020 | 292R0893 |
| | 10/17/2020 | 10/17/2020 | $873.36 | 5 | $873.36 | $0.00 | $27.72 | $0.50 | $845.14 | 10/20/2020 | 293T7007 |
| | 10/18/2020 | 10/18/2020 | $110.88 | 1 | $110.88 | $0.00 | $3.67 | $0.10 | $107.11 | 10/21/2020 | 294R6301 |
| | 10/19/2020 | 10/19/2020 | $119.95 | 1 | $119.95 | $0.00 | $3.35 | $0.10 | $116.50 | 10/22/2020 | 295R9247 |
| | 10/20/2020 | 10/20/2020 | $208.65 | 2 | $208.65 | $0.00 | $6.29 | $0.20 | $202.16 | 10/23/2020 | 296T7305 |
| | 10/21/2020 | 10/21/2020 | $177.40 | 2 | $177.40 | $0.00 | $5.96 | $0.20 | $171.24 | 10/24/2020 | 297T1704 |
| | 10/23/2020 | 10/23/2020 | $189.28 | 1 | $189.28 | $0.00 | $6.27 | $0.10 | $182.91 | 10/26/2020 | 299R0752 |
| | 10/24/2020 | 10/24/2020 | $70.16 | 2 | $211.68 | $141.52 | $7.00 | $0.10 | $63.06 | 10/27/2020 | 300T5899 |
| | 10/25/2020 | 10/25/2020 | $83.18 | 2 | $233.18 | $150.00 | $7.72 | $0.10 | $75.36 | 10/28/2020 | 301R9932 |
| | 10/26/2020 | 10/26/2020 | $94.25 | 1 | $94.25 | $0.00 | $3.12 | $0.10 | $91.03 | 10/29/2020 | 302R9694 |
| | 10/27/2020 | 10/27/2020 | $188.50 | 1 | $188.50 | $0.00 | $6.24 | $0.10 | $182.16 | 10/30/2020 | 303U0267 |
| **Totals** | | | **$5,131.49** | **38** | **$5,596.61** | **$465.12** | **$183.10** | **$3.45** | **$4,944.94** | | |

## UST-14, SUMMARY OF DISBURSEMENTS (cont'd.)

**Payments on Pre-Petition Unsecured Debt** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?    Yes ☐    No ☐    **If Yes, list each payment.**

| Payee name | Nature of payment | Payment date | Payment amount | Date of court approval |
|------------|-------------------|--------------|----------------|------------------------|
|            |                   |              |                |                        |
|            |                   |              |                |                        |
|            |                   |              |                |                        |
|            |                   |              |                |                        |
|            |                   |              |                |                        |
|            |                   |              |                |                        |

**Payments to Attorneys and Other Professionals** (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?    Yes ☐    No ☐
**If Yes, list each payment.**

| Professional name | Type of work performed | Payment date | Payment amount | Date of court approval |
|-------------------|------------------------|--------------|----------------|------------------------|
|                   |                        |              |                |                        |
|                   |                        |              |                |                        |
|                   |                        |              |                |                        |
|                   |                        |              |                |                        |
|                   |                        |              |                |                        |

**Payments to an Officer, Director, Partner, or Other Insider of The Debtor**

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?    Yes ☐    No ☐    **If Yes, list each payment.**

| Payee name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|------------|------------------------|--------------|----------------|--------------------|
|            |                        |              |                |                    |
|            |                        |              |                |                    |
|            |                        |              |                |                    |
|            |                        |              |                |                    |
|            |                        |              |                |                    |
|            |                        |              |                |                    |
|            |                        |              |                |                    |

**INSTRUCTIONS:**   Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment (explain).

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition <u>and</u> post-petition accounts receivable; and,
2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 7,466.94 | 616.00 | 3,151.68 | 2,429.28 | 1,269.98 | 0.00 |
| Post-petition receivables | 1,159.16 | 1,159.16 | | | | 0.00 |
| TOTALS | 8,626.10 | 1,775.16 | 3,151.68 | 2,429.28 | 1,269.98 | 0.00 |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 35,974.50 |
| New accounts receivable added this month | 1,775.16 |
| Subtotal | 37,749.66 |
| Less accounts receivable collected | (29,123.56) |
| Closing balance for current month | 8,626.10 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS: Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have any unpaid post-petition taxes</u> which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1)<br>Unpaid post-petition taxes from prior reporting month | (2)<br>Post-petition taxes accrued this month (new obligations) | (3)<br>Post-petition tax payments made this reporting month | (4)<br>Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | 1,814.06 | 1,814.06 | 0.00 |
| FICA/Medicare--Employee | | 1,638.46 | 1,638.46 | 0.00 |
| FICA/Medicare--Employer | | 1,638.46 | 0.00 | 1,638.46 |
| Unemployment | | 29.52 | | 29.52 |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | 1,104.00 | 0.00 | 1,104.00 |
| Empl. Security Dept. | | 741.07 | 0.00 | 741.07 |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | 49,923.17 | | | 49,923.17 |
| Other -Washington Excise | 21,739.49 | | | 21,739.49 |
| | | | Total Unpaid Post-Petition Taxes | $ 75,175.71 |

Case 20-42348-BDL    Doc 87    Filed 11/13/20    Ent. 11/13/20 20:33:55    Pg. 25 of 31

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (cont'd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here △ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

### Reconciliation of Post-Petition Payables (excluding taxes and professional fees)

| | |
| --- | --- |
| Closing balance from prior month | 0.00 |
| New payables added this month | 16,868 |
| Subtotal | 16,868 |
| Less payments made this month | 0.00 |
| Closing balance for this reporting month | $   16,868 |

### Breakdown of Closing Balance by Age

| | |
| --- | --- |
| Current portion | 16,868 |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $   16,868 |

For accounts payable <u>more than 30 days past due</u>, explain why payment has not been made:

None

Case 20-42348-BDL    Doc 87    Filed 11/13/20    Ent. 11/13/20 20:33:55    Pg. 27 of 31

**UST-16, STATEMENT OF POST-PETITION PAYABLES**
**PART B - OTHER PAYABLES (contd.)**

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor name, invoice date, invoice amount, and payment due date.

**Delinquent Post-Petition Payables** (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:**   Report only <u>post-petition</u> professional fees and expenses.    To the extent possible, use billing statements to report the actual amounts due.    If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | | | | |
| Debtor's accountant | | | | |
| Debtor's other professional (explain) | | | | |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | | | |
| Creditors' Committee other professional (explain) | | | | |
| Total estimated post-petition professional fees and costs | | | | $   0.00 |

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.

    **Yes**   **No**

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month?   Include only sales out of the ordinary course.   *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*

    ☐   X

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneer's Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | Total | _____ | _____ | |

**Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."**

**Question 2 - Financing.**   During the reporting month, did the debtor receive any funds from an outside funding source?

    ☐   X

| Date of Court Approval | Amount funds Received | Source of Date |
|---|---|---|
| | | |
| Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.**   During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?

    ☐   X

| Date of Court Approval | Amount funds Received | Source of Date |
|---|---|---|
| | | |
| Total _____ | | |

## UST-17, OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 4 - Insurance and Bond Coverage.**      Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☒ |

**Renewals:**

| **Provider** | **New Premium** | **Is a Copy Attached to this Report?** |
|---|---|---|

**Changes:**

| **Provider** | **New Premium** | **Is a Copy Attached to this Report?** |
|---|---|---|

|  | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month?    **If yes, explain.** | ☐ | ☒ |
| Were any claims made during this reporting month against the debtor's bond?      Answer No if the debtor is not required to have a bond.    **If yes, explain.** | ☐ | ☒ |

**Question 5 - Personnel Changes.**     Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 16 | 4 |
| Employees added | 2 | 0 |
| Employees resigned/terminated | 1 | 0 |
| Number employees at end of month | 17 | 4 |
| **Gross Monthly Payroll and Taxes** | $     21,417.56 | |

**Question 6 - Significant Events.**     Explain any significant new developments during the reporting month.

**Question 7 - Case Progress.**     Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Monthly Financial Report - Corporate or Partnership Debtor
United States Trustee – Western District of Washington