| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shilo Inn, Nampa Suites, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | **20-42349-BDL** |

☒ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☒ Amended *Schedule* **E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 23, 2020**     X   /s/ Larry Chank
Signature of individual signing on behalf of debtor

**Larry Chank**
Printed name

**CEO of Shilo Management Corporation**
Position or relationship to debtor

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Idaho State Tax Commission**<br>**PO Box 76**<br>**Boise, ID 83707**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$6,810.22** | **$0.00** |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Hotel Register**<br>**PO Box 206720**<br>**Dallas, TX 75320-6720**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$77.19** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Berkshire Hathaway Homestate C**<br>**PO Box 844501**<br>**Los Angeles, CA 90084**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | Shilo Inn, Nampa Suites, LLC | Case number (if known) | 20-42349-BDL |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Bob Tiernan**<br>**PO Box 366**<br>**Diablo, CA 94528**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** legal services<br>Is the claim subject to offset? ■ No ☐ Yes | $100.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Booking.com B.V.**<br>**Bank of America Lockbox Svcs**<br>**PO Box 740401**<br>**Los Angeles, CA 90074-0401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,452.23 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Century Link**<br>**PO Box 52187**<br>**Phoenix, AZ 85072-2187**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $13,755.72 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**City of Nampa**<br>**401 3rd St S**<br>**Nampa, ID 83651**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $7,363.27 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cogency Global**<br>**10 East 40th Street, 10th Floor**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $119.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Collection Bureau Inc (Refrig)**<br>**PO Box 1219**<br>**Nampa, ID 83653-1219**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,889.85 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Crane Alarm Service**<br>**PO Box 865**<br>**Crane Enterprises, Inc**<br>**Nampa, ID 83653**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $505.00 |

| Debtor | Shilo Inn, Nampa Suites, LLC | Case number (if known) | 20-42349-BDL |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Diane Rambow**<br>**Shilo Inn Nampa Suites**<br>**1401 Shilo Dr**<br>**Nampa, ID 83687**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $518.99 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Dow Jones & Company**<br>**PO Box 4137**<br>**New York, NY 10261-4137**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,715.92 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Drake Mechanical**<br>**5551 W Gowen Rd**<br>**Boise, ID 83709**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $192.75 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Ecolab**<br>**PO Box 100512**<br>**Pasadena, CA 91189-0512**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,580.50 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Expedia**<br>**PO Box 844120**<br>**Dallas, TX 75284-4120**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,587.97 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Fire Protection Services**<br>**9950 SW Arctic Dr**<br>**Beaverton, OR 97005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,670.40 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Guest Supply**<br>**PO Box 6771**<br>**Somerset, NJ 08875-6771**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| | | |
|---|---|---|
| Debtor **Shilo Inn, Nampa Suites, LLC** <br> Name | Case number (if known) **20-42349-BDL** | |

| 3.17 | **Nonpriority creditor's name and mailing address** <br> **Harbor Linen, LLC** <br> **PO Box 3510** <br> **Cherry Hill, NJ 08034** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$627.98** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** <br> **HD Supply** <br> **PO Box 509058** <br> **San Diego, CA 92150-9058** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$4,114.65** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** <br> **Idaho Power Inc** <br> **Processing Center** <br> **PO Box 34966** <br> **Seattle, WA 98124-1966** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$14,594.94** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** <br> **Intermountain Gas Company Inc** <br> **PO Box 5600** <br> **Bismarck, ND 58506-5600** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$4,565.24** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** <br> **LCI Office Solutions** <br> **10865 SW 5th St Ste 200** <br> **Beaverton, OR 97005** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$261.58** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** <br> **Lee & Associates, Idaho LLC** <br> **802 W Bannock St** <br> **12th Floor** <br> **Boise, ID 83702** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** <br> **Les Schwab Tire Center of Portland** <br> **1625 Beavercreek Rd** <br> **Oregon City, OR 97045** | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Shilo Inn, Nampa Suites, LLC | Case number (if known) | 20-42349-BDL |
|---|---|---|---|

### 3.24
**Nonpriority creditor's name and mailing address**
Liberty Mutual Insurance Group
PO Box 85307
San Diego, CA 92186-5307

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,321.00**

---

### 3.25
**Nonpriority creditor's name and mailing address**
Phoenix Fire Protection
4130 Airport Rd
Nampa, ID 83687

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$6,442.50**

---

### 3.26
**Nonpriority creditor's name and mailing address**
Reggie Pinnock
4228 E 256 N
Rigby, ID 83442

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$144.83**

---

### 3.27
**Nonpriority creditor's name and mailing address**
Safari Lawn Care
PO Box 191174
Boise, ID 83719

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

### 3.28
**Nonpriority creditor's name and mailing address**
Sceptre Hospitality Resources, Inc
1900 West Loop S, Ste 700
Houston, TX 77027

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,259.22**

---

### 3.29
**Nonpriority creditor's name and mailing address**
Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673-3050

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$890.61**

---

### 3.30
**Nonpriority creditor's name and mailing address**
Shilo Franchise International
11707 NE Airport Way
Portland, OR 97220

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Franchise fees

Is the claim subject to offset? ■ No ☐ Yes

**$98,979.00**

| Debtor | Shilo Inn, Nampa Suites, LLC | Case number (if known) | 20-42349-BDL |
|---|---|---|---|

### 3.31
**Nonpriority creditor's name and mailing address**
Shilo Management Corporation
11707 NE Airport Way
Portland, OR 97220

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **management fees**

Is the claim subject to offset? ■ No ☐ Yes

**$167,590.00**

### 3.32
**Nonpriority creditor's name and mailing address**
Skytouch International, Inc
4225 E Windrose Dr
Phoenix, AZ 85032

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,948.00**

### 3.33
**Nonpriority creditor's name and mailing address**
Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd.
Fort Worth, TX 76155

Date(s) debt was incurred **April 22, 2020**
Last 4 digits of account number **7210**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$296,200.00**

### 3.34
**Nonpriority creditor's name and mailing address**
Sprague Pest Control Specialists
PO Box 2222
Tacoma, WA 98401-2222

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

### 3.35
**Nonpriority creditor's name and mailing address**
Statefire DC Specialties, LLC
PO Box 65248
Interstate Fire Sales & Service
Salt Lake City, UT 84165

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,905.00**

### 3.36
**Nonpriority creditor's name and mailing address**
Sysco Idaho
PO Box 170007
Boise, ID 83717-0007

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$841.62**

### 3.37
**Nonpriority creditor's name and mailing address**
Tripadvisor Inc
400 First Ave
Needham, MA 02494

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| Debtor | Shilo Inn, Nampa Suites, LLC | Case number (if known) | 20-42349-BDL |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Windstream Communications<br>PO Box 9001013<br>Louisville, KY 40290-1013 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,501.30** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>World Cinema Inc<br>PO Box 733288<br>Dallas, TX 75373-3288 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,955.66** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 6,810.22 |
| **5b. Total claims from Part 2** | 5b. + $ | 648,756.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 655,567.14 |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 7 of 7
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 20-42348-BDL    Doc 119    Filed 12/23/20    Ent. 12/23/20 14:58:28    Pg. 8 of 8